# EXHIBIT "A"

<table>
<tr><th>No.</th><th>Title of Work</th><th>Registration No.</th><th>Registration Date</th><th>Link to Alleged Infringement</th></tr>
<tr><td rowspan="3">1</td><td>"00678333"</td><td>VA 1-652-276</td><td>March 13, 2008</td><td>Link #1:<br>https://www.seamless.com/menu/amaze-44-694-3rd-ave-new-york/317697/menu-item/16576714<br><br>Link #2:<br>https://www.seamless.com/menu/amaze-44-694-3rd-ave-new-york/317697<br><br>Link #3:<br>https://media-cdn.grubhub.com/image/upload/d_search:browse-images:default.jpg/w_150,q_auto:low,fl_lossy,dpr_2.0,c_fill,f_auto,h_150/lhxcf3bitiujjjnz3xus</td></tr>
<tr><th colspan="3">Original</th><th>Screenshot</th></tr>
<tr><td colspan="3"></td><td>


</td></tr>
</table>